**Signed and Filed: April 29, 2014**



_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

```
In re                              ) Bankruptcy Case
                                   ) No. 13-11658DM
WENDI K. TURNER,                   )
                                   )
                      Debtor.      ) Chapter 7
_____)
WENDI K. TURNER,                   ) Adversary Proceeding
                                   ) No. 14-3007DM
                      Plaintiff,   )
                                   )
SALLIE MAE STUDENT LOANS, NELNET   )
STUDENT LOANS, U.S. DEPARTMENT OF  )
EDUCATION, EDUCATIONAL CREDIT      )
MANAGEMENT CORPORATION, TEXAS      )
GUARANTEED STUDENT LOAN CORPORATION)
                                   )
                      Defendants.  )
_____)
```

MEMORANDUM DECISION ON PENDING MOTIONS

A Motion to Intervene was filed by ECMC [Docket No. 13] and a Motion to Substitute was filed by Texas Guaranteed Student Loan Corporation ("TGSLC") as a defendant in lieu of Sallie Mae Student Loans [Docket No. 15]. ECMC seeks to intervene as a party defendant and its motion is well-taken; grounds for mandatory intervention under Fed. R. Civ. P. 24(a) (made applicable by Fed. R. Bankr. P. 7024) exist here. No timely opposition has been filed. The court therefore grants the motion of ECMC to Intervene as a party defendant and the hearing currently set for

May 2, 2014 is taken OFF CALENDAR.

TGSLC seeks to substitute in as a defendant and its motion is likewise well-taken. Although the deadline for opposing the motion has not elapsed, the court cannot ascertain any grounds for opposition. The court therefore grants the motion of TGSLC to substitute itself as a defendant in lieu of Sallie Mae. If Plaintiff has a good faith basis to seek reconsideration of this decision, she may do so. The hearing currently set for May 23, 2014 is also taken OFF CALENDAR.

Counsel for ECMC and TGSLC should serve and upload separate orders granting these motions for the reasons stated in this memorandum.

The court will hold the adversary proceeding status conference on May 30, 2014, at 1:30 p.m., as set forth in the alias summons obtained by plaintiff on March 20, 2014.

**END OF MEMORANDUM DECISION**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Wendi K. Turner |
|   | 334 C Street |
| 3 | San Rafael, CA 94901 |

-3-